UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                    Case No. 21-30405
                                      Originating No. 4:21-cr-00186

**ERIC WILLIAMS**

    **aka "Emo",**

    Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ERIC WILLIAMS,** to answer to charges pending in another federal district, and states:

1. On **August 26, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Missouri based on a Superseding Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. §846- Conspiracy to Distribute and Possess with Intent to Distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/John Neal
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
John.neal@usdoj.gov
(313) 226-9644

Dated: August 27, 2021